IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROCK COMPLETION TOOLS, LLC<br>ROCK FAITHWELL INTERNATIONAL CO., LTD. and APT AMERICAN LLC,<br><br>    Defendant. | Civil Action No: 6:21-cv-00084-ADA |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS ROCK COMPLETION TOOLS, LLC AND ROCK FAITHWELL INTERNATIONAL CO., LTD**

Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. (collectively "Plaintiffs") hereby give notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Plaintiffs hereby dismiss without prejudice all claims in this action against Defendants Rock Completion Tools, LLC and Rock Faithwell International Co., Ltd. ("Rock Defendants") only.

Dated: May 26, 2021

Respectfully submitted,

By:   */s/ Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com

Email: bcraft@findlaycraft.com

Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
Stephanie M. Nguyen (*pro hac vice*)
DC Bar No. 1046300
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com
Telephone: (410) 545-5873
Email: Stephanie.Nguyen@wbd-us.com
Telephone: (410) 545-5802
Email: Julie.Giardina@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

Lisa J. Moyles (*pro hac vice*)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice*)
New York Bar No. 4450953
MOYLES IP, LLC
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com

*Attorneys for Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26th, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing *via* electronic mail to all counsel of record.

                                                  */s/ Eric H. Findlay*
                                                  Eric H. Findlay