IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROCK COMPLETION TOOLS, LLC <br> ROCK FAITHWELL INTERNATIONAL CO., LTD. and APT AMERICAN LLC, <br><br> Defendant. | Civil Action No: 6:21-cv-00084 |

## FINAL JUDGMENT

Before this Court is Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.'s (collectively "Plaintiffs" or "DynaEnergetics") Motion to Enter Judgment and Bill of Costs (the "Motion"). Having considered the Motion, the Court is of the opinion that DynaEnergetics' Motion should be and is hereby GRANTED.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED that FINAL DEFAULT JUDGMENT is rendered in favor of DynaEnergetics and against Defendant APT American LLC with regard to liability for the alleged patent-infringement claims. Costs are awarded to DynaEnergetics as the prevailing party and taxed against APT American LLC.

**So ORDERED and SIGNED this 7th day of March, 2022.**

_____
Judge Alan D. Albright